# APPENDIX.

THE STATE OF IOWA, Appellee v. JOHN COX, Appellant.

**Burglary**: VERDICT: EVIDENCE.

*Appeal from Monona District Court.*—HON. G. W. WAKEFIELD, Judge.

WEDNESDAY, JANUARY 18, 1893.

INDICTMENT for burglary. There was a verdict of guilty, and judg-ment thereon, and the defendant appealed. There is no appearance in this court for the defendant, and no briefs or arguments in the case. The attorney general appeared for the submission. —*Affirmed.*

GRANGER, J.—The cause is before us on a transcript, and the only intimation we have as to the grounds of complaint of the action of the district court is a motion for a new trial, filed in that court. It assigns errors, based on the competency of the witnesses examined, the rulings admitting and excluding evidence, the giving and refusing of instructions, and the sufficiency of the evidence to support such a verdict. We have examined the record, as we are required to do, to learn if there is preju-dicial error upon which the case should be reversed, and we discover none. The delicacy, if not danger, in considering important questions by the court in the absence of arguments, where the conclusion leads to an affirmance of the case, is such that we think it advisable to merely announce our conclusion, as is so frequently done. The judgment of the district court is AFFIRMED.